

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00549-CV

**IN RE TAQUERIA LA SIBERIA DE MONTERREY INC.**, La Siberia Y La Malinche, Inc., and Fatima R. Errington, Relators

Original Proceeding[1]

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
     Irene Rios, Justice
     Lori Massey Brissette, Justice

Delivered and Filed: July 17, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

This court has considered the petition for writ of mandamus filed by Relators on July 14, 2026. The court concludes Relators have not established entitlement to the relief sought. *See* TEX. R. APP. P. 52.8(a). Relators have not established they do not have an adequate appellate remedy. *See Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992); *Donzis v. McLaughlin*, 981 S.W.2d 58 (Tex. App.—San Antonio 1998, no pet.) (appealing "trial court's summary judgment [which] went

---

[1]This proceeding arises out of Cause No. 2023-CI-15556, styled *Taqueria La Siberia De Monterrey Inc., La Siberia Y La Malinche, Inc., and Fatima R. Errington v. Arsenio Rodriguez, Maria F. Rodriguez, A3 Hospitality Group LLC, Gabriel R. Gonzalez, Saluto Group, LLC, and Ana Lydia Tellez*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.

beyond the scope of the parties' agreement and added additional terms."). Accordingly, Relators' petition for writ of mandamus is denied.

PER CURIAM